IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M, A, YAH, and EVELYN M, A, YAH, | ) | 8:14CV32 |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| MIDLAND PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff "M, A, Yah," a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis ("IFP"). (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

However, Plaintiff "Evelyn M, A, Yah" has not filed a Motion for Leave to Proceed IFP. (See Docket Sheet.) Each Plaintiff must submit a signed application to proceed in forma pauperis, or pay the $400.00 filing fee and administrative fees. On the court's own motion, "Evelyn M, A, Yah" shall have until April 4, 2014, to submit a signed application to proceed in forma pauperis, or pay the $400.00 filing fee and administrative fees. If "Evelyn M, A, Yah" chooses to submit a request to proceed in forma pauperis, the enclosed pauper's forms should be completed and returned to this court.

IT IS THEREFORE ORDERED that:

1.     The Motion for Leave to Proceed IFP filed by "M, A, Yah" (filing no. 2) is granted.

2.     Plaintiff "Evelyn M, A, Yah" must submit a signed application to proceed in forma pauperis, or pay the $400.00 filing fee and administrative fees, by April 4, 2014.

3.      If "Evelyn M, A, Yah" fails to comply with this Memorandum and Order the court will dismiss her claims without further notice.

4.      The Clerk of the court is directed to send Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit, to "Evelyn M, A, Yah."

5.      The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **April 4, 2014**:  Check for MIFP or payment.

DATED this 5th day of March, 2014.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.