IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M, A, YAH, and EVELYN M, A, YAH, | ) | 8:14CV32 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| MIDLAND PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On March 5, 2014, the court ordered Plaintiff "Evelyn M, A, Yah" to either submit a signed application to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees. (Filing No. 5.) The court warned her that failure to take either action by April 4, 2014, would result in dismissal of her claims without further notice. To date, Plaintiff has not complied with this court's order. Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff "Evelyn M, A, Yah" is dismissed from this matter for failure to comply with this court's order. The clerk's office is directed to update the court's records to reflect that "M, A, Yah" is the sole plaintiff in this matter.

DATED this 17th day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.